# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Peter J. Cresci,**
    Plaintiff,
  vs.                              CASE NUMBER: 6:14-CV-1172 (GTS/TWD)

**Mohawk Valley Community College,**
**Kimberly Evans-Dame, Individually;**
**and John Does 1-4, Individually,**
    Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendants' motion to dismiss Plaintiff's Complaint for failure to state a claim and lack of subject-matter jurisdiction (Dkt. No 5) is Granted and it is further Ordered that Plaintiff's Complaint (Dkt. No. 1) is Dismissed. Judgment is entered in favor of the Defendants and this case is closed.

All of the above pursuant to the order of the Honorable Chief Judge Glenn T. Suddaby, dated the 11th day of September, 2015.

DATED: September 11, 2015

*[signature]*
Clerk of Court

      s/  Helen M. Reese
Helen M. Reese
Deputy Clerk